**No. 65291.**—New York Merchandise Co., Inc. *v.* United States, protests 59/5874 and 59/5878 (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of piano benches the same as those the subject of *New York Merchandise Co., Inc.* v. *United States* (44 Cust. Ct. 144, C.D. 2169), the claim of the plaintiff was sustained.

**No. 65292.**—John A. Conkey & Co. *v.* United States, protests 59/29706, etc. (Boston).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 65293.**—V. Christensen Co. et al. *v.* United States, protests 60/664, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

**No. 65294.**—F. B. Wilcon v. United States, protests 60/10770, etc. (Boston).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the

merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 65295.—F. B. Wilcon Co. *v.* United States, protests 60/13343, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 65296.—F. B. Wilcon Co. *v.* United States, protests 60/13344, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 65297.—Advance Brokers, Ltd., et al. *v.* United States, protests 60/13378, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 65298.—Fabius & Co., Inc. *v.* United States, protest 60/20705 (New York).

Opinion by WILSON, J. The protest was dismissed.